IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 83-cv-02386-WYD

STATE OF COLORADO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
SHELL OIL COMPANY, et al.,

    Defendants.

---

## ORDER

---

The Court, having reviewed the Stipulated Motion to Reopen for Purposes of Settlement filed by the State of Colorado and Shell Oil Company (docket #83), orders as follows:

1.    The Stipulated Motion to Reopen for Purposes of Settlement (docket #83) is **GRANTED**.

2.    Case No. 83-cv-02386-WYD is reopened and placed on the active docket for the limited purpose of facilitating settlement.

3.    The Consent Decree Between Shell Oil Company and the State of Colorado is lodged for a thirty-day public comment period.

Dated: July 7, 2008

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL
                              U. S. DISTRICT JUDGE