IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 83-cv-02386-WYD

STATE OF COLORADO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
SHELL OIL COMPANY, et al.,

    Defendants.

---

ORDER

---

THIS MATTER is before the Court on the Joint Motion of Plaintiff State of Colorado and Defendant Shell Oil to Enter Consent Decree, filed September 2, 2008 (docket #87). On June 27, 2008, the State and Shell Oil Company filed Notice of Lodging of Proposed Consent Decree Pending Solicitation of Public Comment (docket # 84). On June 30, 2008, the Site Specific Advisory Board of the Rocky Mountain Arsenal, Inc. submitted public comment.

The Court, having reviewed the motion, consent decree, and public comment, finds that the Joint Motion of Plaintiff State of Colorado and Defendant Shell Oil to Enter Consent Decree, filed September 2, 2008 (docket #87) is **GRANTED**. It is

FURTHER ORDERED that I find the Consent Decree to be fair, reasonable, consistent with the purpose of CERCLA, and in the public interest. Accordingly, such Consent Decree is hereby **APPROVED**.

Dated: October 2, 2008

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge