IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 83-cv-02386-WYD

STATE OF COLORADO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
SHELL OIL COMPANY, et al.,

    Defendants.

---

## ORDER

---

The Court, having reviewed the Joint Motion of Plaintiff State of Colorado and Defendant United States of America To Enter Consent Decree Comment, filed by the State of Colorado and the United States of America on February 5, 2009 [#96], and the file herein, finds that the motion should be **GRANTED**. The Court has approved the proposed Consent Decree Between the Untied States of America and the State of Colorado, which is filed contemporaneous herewith.

As set forth in paragraphs 13 and 21 of the Consent Decree, all of Colorado's claims against the United States in this matter shall be **DISMISSED WITH PREJUDICE**, except as provided in paragraphs 5, 6, and 8 of the Consent Decree, each Party to pay its own costs and attorneys' fees.

Dated: March 2, 2009.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
Chief U.S. DISTRICT JUDGE