IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 83-cv-02386-WYD

STATE OF COLORADO

    Plaintiff,

v.

UNITED STATES OF AMERICA,
SHELL OIL COMPANY, et al.,

    Defendants.

## ORDER OF DISMISSAL

Having reviewed the Unopposed Joint Motion of Defendants to Dismiss Cross-Claims with Prejudice, filed by the United States and Shell on March 18, 2009, and the file herein, and having simultaneously granted the joint motion to reopen the case in United States v. Shell Oil Co., No. 83-C-2379 and dismiss all claims and counterclaims with prejudice, it is hereby

ORDERED that the Unopposed Joint Motion of Defendants to Dismiss Cross-Claims with Prejudice [doc. #99], filed March 18, 2009, is **GRANTED.** The cross-claims of the United States and Shell are dismissed with prejudice, with each party to pay its own costs and attorney fees.

Dated: March 18, 2009

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Chief United States District Judge